IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARLON TURNER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-6930 |
| | : | |
| PHILADELPHIA COUNTY | : | |
| DOMESTIC RELATIONS, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of March, 2026, upon consideration of Plaintiff Marlon Turner's Motion to Proceed *In Forma Pauperis* (ECF No. 6), *pro se* Complaint (ECF No. 1), and Rule 11 Declaration (ECF No. 8), it is **ORDERED** as follows:

1. Turner's Declaration (ECF No. 8) satisfies the Court's Orders entered on December 16, 2025 (ECF No. 4) and March 3, 2026 (ECF No. 7).

2. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

3. The Complaint is **DEEMED** filed.

4. The Clerk of Court is **DIRECTED** to restrict access to the Complaint and Exhibits (ECF Nos. 1, 1-1) to public terminal users only[1] because the documents contain Personally Identifiable Information.  Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper."

---

[1] This designation limits viewing of the documents electronically on ECF to court users, case participants, and those using the court computer in the Clerk's Office.

5.       The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

6.       The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_/s/ R. Barclay Surrick_
**R. BARCLAY SURRICK, J.**

2